UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| SUSIE JILES | ) |
| | ) CASE NO. 17-32065-DHW-13 |
| Debtor(s). | ) |

OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed Court Claim #3 in the amount of $28,044.46 which is secured by the Debtor's principal place of residence REAL ESTATE PROPERTY COMMONLY KNOWN AS 3914 NASSAU AVE MONTGOMERY, AL 36108.

2. The plan improperly includes this creditor's claim under secured claims to be paid through the trustee. The last payment due under the note secured by the debtor's principal residence is due more than 5 years after the date of filing. As such, modification is not allowed un the Code, and this creditor's claim should be properly listed under the direct payments paragraph in the plan.

3. Further, the plan provides for no interest, no specified monthly payment and no adequate protection payment for this creditor's claim.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                          MAX CREDIT UNION

                                          By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this September 1, 2017.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101

SUSIE JILES
3914 NASSAU AVENUE
MONTGOMERY AL 36108

/s/ Leonard N. Math