## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>SUSIE JILES<br>SSAN: XXX-XX-1364<br><br><br><br><br>Debtor(s) | Case No. 17-32065-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 19, 2017.

2. The debtor(s) §341 Meeting of Creditors was held September 07, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

          Creditor: REGIONAL MANAGEMENT CORP
       Court Claim Number 5
         Claim Amount: $930.77
        Claim Filed As: SECURED

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 10, 2017.

Sabrina L. McKinney  
Chapter 13 Standing Trustee

By: /s/*Tina J. Hayes*  
Tina J. Hayes  
Staff Attorney

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 10, 2017.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>          RICHARD D SHINBAUM | /s/*Tina J. Hayes*<br>Tina J. Hayes<br>Staff Attorney |